**638**

*Joseph M. Schwartz* for appellant.

*Arthur K. Wing, George S. Wing, James G. Purdy* and *John H. Brogan* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that questions of fact were presented for determination by the jury as to negligence, contributory negligence and the liability of the defendant-respondent under the decision of this court in *Reese* v. *Reamore* (292 N. Y. 292), decided herewith. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN RANFORD, Appellant.

Argued March 1, 1944; decided April 13, 1944.

*Maurice Brandt* and *Stephen C. West* for appellant.

*Edward J. Neary, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.